| | |
|---|---|
| Your Name: | DAVID R Pete |
| Your Address: | 6355 CHinn LN #2105 |
| Phone Number: | 409 998 0229 / 409 242-1918 |
| Email Address: | D Pete DAViDPete@ yahoo.com |
| Pro Se Plaintiff | DAViD R Pete |

**FILED**

FEB 17 2026

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

**CV26-1410**

DAViD R Pete

Plaintiff,

v.

ANGEiON Group LLC

Defendant.

Case Number    [leave blank]

**AGT**

**COMPLAINT**

DEMAND FOR JURY TRIAL

Yes ☑    No ☑

## I.    PARTIES

1. Plaintiff.  [Write your name, address, and phone number. Add a page for additional plaintiffs.]

| | |
|---|---|
| Name: | DAViD R Pete |
| Address: | 6355 CHinn LN #2105 |
| Telephone: | 409 998-0229    469 242-1918 |

2. Defendants.  [Write each defendant's full name, address, and phone number.]

Defendant 1:

| | |
|---|---|
| Name: | ANGEiON Group LLC (DOES 1-10 |
| Address: | 1650 Arch Street Suite 2210, Philadelphia PA 19103 |
| Telephone: | 215 563 4116 |

Defendant 2:

COMPLAINT                           PAGE 1 OF 2                    JDC TEMPLATE, UPDATED 11/2024

1  Name: _____

2  Address: _____

3  Telephone: _____

4  Defendant 3:

5  Name: _____

6  Address: _____

7  Telephone: _____

8

9  **II.    JURISDICTION**

10  Usually only two types of cases can be filed in federal court, cases involving "federal questions" and cases

11  involving "diversity of citizenship." Check at least one box.

12  3.  My case belongs in federal court

13      ☐ under <u>federal question jurisdiction</u> because it involves a federal law or right.

14      Which federal law or right is involved?

15      _____

16      ☑ under <u>diversity jurisdiction</u> because none of the plaintiffs live in the same state as any of the

17  defendants <u>and</u> the amount of damages is more than $75,000.

18

19  **III.    VENUE**

20  The counties in this District are: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino,

21  Monterey, Napa, San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo, or Sonoma.  If one of the

22  venue options below applies to your case, this District Court is the correct place to file your lawsuit.  Check

23  the box for each venue option that applies.

24  4.  Venue is appropriate in this Court because:

25      ☑ a substantial part of the events I am suing about happened in this district.

26      ☐ a substantial part of the property I am suing about is located in this district.

27      ☐ I am suing the U.S. government, federal agency, or federal official in his or her official capacity <u>and</u>

28          I live in this district.

1    ☐ at least one defendant is located in this District and any other defendants are located in California.

2

3    **IV.    INTRADISTRICT ASSIGNMENT**

4    This District has three divisions: (1) San Francisco/Oakland (2) San Jose; and (3) Eureka-McKinleyville.

5    First write in the county in which the events you are suing about happened, and then match it to the correct

6    division. The San Francisco/Oakland division covers Alameda, Contra Costa, Marin, Napa, San Francisco,

7    San Mateo, and Sonoma counties.  The San Jose division covers Monterey, San Benito, Santa Clara, Santa

8    Cruz counties.  The Eureka-McKinleyville division covers Del Norte, Humboldt, Lake, Mendocino

9    counties, only if all parties consent to a magistrate judge.

10    5.  Because this lawsuit arose in <u>(1) SAN Frowcisco / Oakland</u>    County, it should be assigned to the

11    <u>Sausfrowciso / oakland</u>    Division of this Court.

12    **V.    STATEMENT OF FACTS**

13    Write a short and simple description of the facts of your case. Include basic details such as <u>where</u> the events

14    happened, <u>when</u> things happened and <u>who</u> was involved. Put each fact into a separate, numbered paragraph,

15    **starting with paragraph number 6**. Use more pages as needed.

16    Fractual Allegations (A) par 1. ON March 30, 2023, the

17    U.S. Court District Court for the Northern District of

18    California granted preliminary Approval of Settlement, The

19    Court appointed Defendant Anqcion Group to act As the Neutral

20    third party Settlement Administrator. Anqcion Duties

21    as settlement Adm. (B) par 2 Critical Duties and Respon-

22    sibilities. These Duties owed directly to the Settlement beneficiaro

23    Including the Plantiff, were Established by court order, the

24    Settle agreement. (a) Duties included: Designing and implementing

25    a clear, Fair and Accessble process for claims (b) Provide

26    Accurate and timely notice regarding the Settlement and

27    claim process (c) Apply the Court-Approved Cutiers consistantly

28    and Fairly to determine the Validity of each Claim, (d) Establish in

COMPLAINT                                PAGE 3 OF 3                          JDC TEMPLATE, UPDATED 11/2024

and maintaining a functional and user friendly website
and call center to provide information and assistance
to claimants (e) Receiving, reviewing and processing million
of claim forms in a competent, deligent, and impartial
manner (f) Communicating effectively with claimant, regarding
the status of their claims (Angeion's systemic failures
and mismanagement of the claims Process: (a) Des
pite its Crucial role and the Substantial fees it was
paid from the Settlement Fund Angeion failed to
perform its duties in a competent or reasonable
manner. Its Administration of the Facebook Settle
ment was marred by Systemic failures. 2(b)
(ment wa) Confusing and Deficient Claims Process: Angeion
created an online Claims portal that was confusing and
prone to error: 3(c) Improper Denials: Angeion improperly
denied a vast number of valid claims without providing
any specific or coherent reason. 4(d) Failure to Communicate
Angeion's communication with claimant was grossly
inadequate. 5(e) Lack of Transparency: The entire admin
istration process was opaque: 6(f) Plaintiff Experience:
Plaintiff DAVID R. Pete timely submitted a claim form
through Angeion's online portal on or August 18, 2023.
Count II. Breach of Fiduciary Duty: 1(a) Plaintiff
Realleges and incorporated by reference the Allegations
contained in the preceding paragraphs. (b) By Accepting
the Court-appointed role as Settlement Administrator
and taking control of the process for distributing the
$725 million settlement Fund.

## VI.    CLAIMS

### First Claim

Name the law or right violated:

Under 28 U.S.C §1391 (b)(2) Breach of Fiduciary Duty

Name the defendants who violated it:

Angelon Group LLC

Explain briefly here what the law is, what each defendant did to violate it, and how you were harmed. You do not need to make legal arguments. You can refer to your statement of facts.

Under 28 U.S.C §1391 (b)(2) is Federal Statue that Outlines the proper Venue for civil Actions in the United States detailing where a lawsuit can be filed based on the Relationship between the parties and the events giving rise to the Claims. Defendant Angelon Group LLC, Breach it Duty. By (1) Failing to design and maintain a functional and reliable claims processing system. Violation (2) Failing to properly train and Supervise its staff. Violation (3) Wrongfully and proporerly denying Plaintiff's valid Claim Without adequate review or Justification. Violation (4) Failing to provide clear, timely, and effective communication to plaintiff. Violation (5) Failing to establish a Fair and transparent process for Plaintiff's to cure deficiences or Appeal his claims. Plaintiff DAVID R Pete. Claim harm was dutos total and inport to. (1)Count. NEGligence. (2)Count. Breach of Fiduciary Duty. Count(3). Unjust Enrichment

**_____ Claim**

Name the law or right violated:

_____

Name the defendants who violated it:

_____

Explain briefly here what the law is, what each defendant did to violate it, and how you were harmed. You do not need to make legal arguments. You can refer to your statement of facts.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

## VII.    DEMAND FOR RELIEF

State what you want the Court to do.  Depending on your claims, you may ask the Court to award you
money or order the defendant to do something or stop doing something.  If you are asking for money, you
can say how much you are asking for and why you should get that amount or describe the different kinds of
harm caused by the defendant.

Where Fore, Plaintiff David R. Pete respectfully
requests that the Court enter Judgement Against
Defendent Angejon Group LLC as follow:
1) Awarding Plaintiff David R Pete compensatory
and punitive damages in the amount of
$100,000,000.00 millin (2) Ordering Defendant to
disgorge All ill-gotten gains and sums by which it
has been unjustly enriched (3) Awarding Plaintiff pre-
Judgment and post-Judgement interest at the legal rate.

## VIII.    DEMAND FOR JURY TRIAL

Check this box if you want your case to be decided by a jury, instead of a judge, if allowed.

☐ Plaintiff demands a jury trial on all issues.

Respectfully submitted,

Date: 2-10-2026    Sign Name: David R Pete

Print Name: David R Pete

1    Copy this page and insert it where you need additional space.

2    _____

3    _____

4    _____

5    _____

6    _____

7    _____

8    _____

9    _____

10    _____

11    _____

12    _____

13    _____

14    _____

15    _____

16    _____

17    _____

18    _____

19    _____

20    _____

21    _____

22    _____

23    _____

24    _____

25    _____

26    _____

27    _____

28    _____